**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

August 8, 2023

Sonia Farber
SFarber@perkinscoie.com
D. +1.332.238.2739
F. +1.212.399.8081

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re:   *Castro v. Promix Nutrition, Inc.* - Docket No. 1:23-cv-04093

Dear Judge Koeltl:

We represent Defendant, Promix Nutrition, Inc., in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule I. E. to respectfully request an extension of time for Defendant to answer or otherwise respond to the Complaint in this matter.

The current deadline to respond to the Complaint is **August 10, 2023**. Defendant requests a 45-day extension to answer or otherwise respond to the Complaint, to **September 25, 2023**. This is Defendant's first request for an extension of this deadline. Defendant has conferred with counsel for Plaintiff, Noor Saab, and counsel has consented to this request for an extension.

There have been no prior requests for an extension of time in this matter and, if granted, the extension of time will not affect any other dates presently scheduled in this matter.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Sonia Farber*
Sonia Farber

APPLICATION GRANTED
SO ORDERED

8/9/23  John G. Koeltl, U.S.D.J.

cc:   All Counsel of Record (via ECF)

Perkins Coie LLP